UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**ADEWALE JONES EBENEZER,**

    **Plaintiff,**

v.                                                      **Case No. 8:25-cv-00121-TPB-AAS**

**NOVA SOUTHEASTERN**
**UNIVERSITY, INC.**

    **Defendant.**
_____/

## ORDER

Pro se Plaintiff Adewale Jones Ebenezer moves for preservation and production of evidence. (Doc. 24). Defendant Nova Southeastern University, Inc. (Nova) opposes the motion. (Doc. 30).

As an initial matter, the plaintiff's motion was filed before the parties' Federal Rule of Civil Procedure 26(f) conference, violating Rule 26(d). No discovery requests have been served under Rules 34 or 36, and the plaintiff has not conferred with opposing counsel under Local Rule 3.01(g), M.D. Fla. In addition, the plaintiff's request for a "preservation order" is procedurally defective and unsupported. The plaintiff's assertions that Nova "encouraged third-party spoliation" are unsupported by evidence or factual allegations establishing a risk of destruction or bad faith conduct. Finally, the categories of evidence requested, ranging from email accounts and internal security

1

reports to examination videos and other students' academic records, are overly broad and disproportionate to the needs of the case at this time.

The plaintiff may pursue discovery through proper channels after the Rule 26(f) conference. Accordingly, the plaintiff's motion for preservation and production of evidence (Doc. 24) is **DENIED**.

**ORDERED** in Tampa, Florida, on May 28, 2025.

AMANDA ARNOLD SANSONE
United States Magistrate Judge